UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

VANESSA PHILLIPS,                                          Index No.:
                                                          Date Purchased:

                                    Plaintiff,

        -against-

                                                          **VERIFIED COMPLAINT**

TARGET CORPORATION d/b/a TARGET,

                                    Defendant.
------------------------------------------------------------------------X

Plaintiff, VANESSA PHILLIPS ("Ms. Phillips" or "Plaintiff"), by her attorneys, JON L. NORINSBERG, ESQ., PLLC, complaining of the defendant, respectfully states as follows:

## JURISDICTION AND VENUE

1.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1332 in that this is a civil action where the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

2.      Plaintiff is a citizen of the State of New York, and defendant TARGET CORPORATION d/b/a TARGET ("Target") is a foreign corporation whose principal place of business is outside the State of New York. Specifically, Target's headquarters is located at 1000 Nicollet Mall, Minneapolis, MN 55403.

3.      Venue is proper in this district under 28 U.S.C. § 1391(b) in that this is the judicial district where the events or omissions giving rise to the claim occurred, and the Defendant is subject to the court's personal jurisdiction.

## DEMAND FOR JURY TRIAL

4.      Plaintiff demands a trial by jury on all issues and claims in this action.

## AS AND FOR A FIRST CAUSE OF ACTION
### (Negligence)

5.     At all times hereinafter mentioned, the defendant TARGET was and still is a duly organized foreign corporation whose principal place of business is outside the State of New York. Specifically, Target's headquarters is located at 1000 Nicollet Mall, Minneapolis, MN 55403.

6.     At all times hereinafter mentioned, defendant TARGET operated a retail store at 88-01 Queens Boulevard, in the County of Queens, in the City and State of New York (the "subject premises").

7.     At all times hereinafter mentioned, defendant Target owned the subject premises.

8.     At all times hereinafter mentioned, defendant Target maintained the subject premises.

9.     At all times hereinafter mentioned, defendant Target managed the subject premises.

10.     At all times hereinafter mentioned, defendant Target controlled the premises.

11.     On June 12, 2022, at approximately 5:00 P.M., plaintiff VANESSA PHILLPS was a business invitee lawfully on the premises, grounds and appurtenances of the retail store open to the public known as Target, located at 88-01 Queens Boulevard, in the County of Queens, in the City and State of New York.

12.     At the aforesaid time and place, plaintiff Vanessa Phillips was caused to trip and fall by a dangerous, defective, and unsafe accumulation of liquid in the condiment aisle of the subject premises, thereby sustaining serious injuries.

13.     Prior to plaintiff's injuries, defendant Target, its agents, servants and/or employees negligently, carelessly and recklessly permitted and allowed the premises, grounds and appurtenances in the store aisles of the retail store known as Target to become trap-like and unsafe, allowing an exceptionally hazardous slipping and tripping condition to exist, *to wit*, debris, and a wet surface; failed to take reasonable measures to correct the hazardous condition, failed to post adequate warning

signs regarding the dangerous condition whereupon Plaintiff Vanessa Phillips was violently precipitated onto the ground, whereby she suffered the severe and serious personal injuries herein alleged all without any negligence on the part of plaintiff contributing thereto.

14. Upon information and belief, at all times relevant and on June 12, 2022, defendant Target, its agents, servants and or employees had actual notice of the hazardous condition in that they knew or should have known of the hazardous tripping/slipping condition which caused the plaintiff to fall, in that the defendant caused and/or created the condition and wholly failed to properly remedy the same.

15. Upon information and belief, at all times relevant herein and on June 12, 2022, defendant Target, its agents, servants, and/or employees had constructive notice of the hazardous condition, in that the condition existed for a sufficiently lengthy period of time that a reasonable inspection of the premises would have revealed the same and the defendant wholly failed to properly remedy the same.

16. The aforesaid occurrence and the injuries and damages resulting therefrom were caused by reason of the negligence of defendant Target in the ownership, operation, maintenance, management and control of the aforesaid premises.

17. At all times hereinafter mentioned, the defendant Target had the duty of maintaining the aforesaid premises in a safe and proper condition, free of hazards, traps, debris and defects.

18. By reason of the foregoing and the negligent acts and omissions of the defendant Target., as aforesaid, plaintiff Vanessa Phillips sustained severe, painful personal injuries, including, but not limited to, serious injuries to her right knee which will likely require surgical intervention, serious injuries to her left knee, requiring surgical intervention; was rendered sick, sore, lame and disabled and so remains; was prevented from attending to her usual duties; has lost and will continue

to lose the enjoyment of life, and was obliged to seek and receive medical care and attention and will hereafter necessarily seek further medical care and attention in consequence of the injuries aforesaid, all to her damage in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**WHEREFORE**, plaintiff VANESSA PHILLIPS demands judgment in the sum of one million dollars ($1,000,000.00) in compensatory damages, one million dollars ($1,000,000.00) in punitive damages, plus attorney's fees, costs, and disbursements of this action.

Dated:  New York, New York
February 2, 2024

Yours, etc.

**JON L. NORINSBERG, ESQ., PLLC**

John J. Meehan, Esq.
*Attorney for Plaintiff*
110 E. 59th Avenue, Suite 2300
New York, New York 10279
Tel: (212) 791-5396
Fax: (212) 406-6890
jmeehan@noinsberglaw.com